IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED DELBERT HARRINGTON,

    Plaintiff,                   No. CIV S-11-2899 WBS GGH P

    vs.

AMY BABBITS, Public Defender,

    Defendant.              <u>ORDER TO SHOW CAUSE</u>

_____/

        Plaintiff, a pretrial detainee, proceeds pro se and seeks relief pursuant to 42 U.S.C. § 1983.  Plaintiff is in custody in Shasta County Jail awaiting trial.  Plaintiff states that his court appointed attorney is not properly doing her job and failing to properly investigate the case.  Plaintiff seeks an injunction and different counsel.

        Plaintiff is attempting to challenge ongoing criminal proceedings against him.  Principles of comity and federalism weigh against a federal court interfering with ongoing state criminal proceedings by granting injunctive or declaratory relief absent extraordinary circumstances.  <u>Younger v. Harris</u>, 401 U.S. 37, 43-54 (1971).  Plaintiff has not demonstrated the existence of extraordinary circumstances that warrant interference in the ongoing state criminal proceedings.  Accordingly, petitioner is ordered to show cause why this action should not be dismissed pursuant to the <u>Younger</u> abstention doctrine described above.

1   Accordingly, IT IS HEREBY ORDERED that within 21 days plaintiff show cause
2 why this action should not be dismissed pursuant to the <u>Younger</u> abstention doctrine.
3 DATED: November 29, 2011

                 /s/ Gregory G. Hollows
                 UNITED STATES MAGISTRATE JUDGE

GGH: AB
harr2899.osc