IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED DELBERT HARRINGTON,

    Plaintiff,                      No. CIV S-11-2899 WBS GGH P

    vs.

AMY BABBITS, Public Defender,

    Defendant.               FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff, a pretrial detainee, proceeds pro se and seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has responded to the November 29, 2011, order to show cause why this action should not be dismissed pursuant to the Younger doctrine.

        The undersigned recommends that this action be dismissed because plaintiff is challenging ongoing criminal proceedings. Under principles of comity and federalism, a federal court should not interfere with ongoing state criminal proceedings by granting injunctive or declaratory relief absent extraordinary circumstances. See Younger v. Harris, 401 U.S. 37, 43-54 (1971). Younger abstention is required when 1) state proceedings, judicial in nature, are pending; 2) state proceedings involve important state interests; and 3) the state proceedings afford adequate opportunity to raise the constitutional issue. See Middlesex County Ethic Comm. v. Garden State Bar Ass'n., 457 U.S. 423, 432 (1982).

1

1    Plaintiff is in custody in Shasta County Jail awaiting trial.  Plaintiff states that his
2 court appointed attorney is not properly doing her job and failing to properly investigate the case.
3 Plaintiff seeks an injunction and different counsel.  However, since plaintiff filed this case, he
4 has been appointed new counsel, though plaintiff contends that new counsel is also deficient.
5 Plaintiff alleges that counsel has not provided plaintiff copies of police paperwork or medical
6 reports and has not properly investigated the case.  Plaintiff has failed to demonstrate
7 extraordinary circumstances, therefore this claim is barred by the Younger abstention doctrine.
8    Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's action be
9 dismissed and this case closed.
10   These findings and recommendations are submitted to the United States District
11 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
12 days after being served with these findings and recommendations, any party may file written
13 objections with the court and serve a copy on all parties.  Such a document should be captioned
14 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
15 shall be served and filed within seven days after service of the objections.  The parties are
16 advised that failure to file objections within the specified time may waive the right to appeal the
17 District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
18 DATED: January 3, 2012

   /s/ Gregory G. Hollows
   UNITED STATES MAGISTRATE JUDGE

GGH: AB
harr2899.dis